04-15-00358-cr
04-15-00359-cr

Margaret Griffith #1998464

742 F.M. 712

Marlin, TX 76661

05/29/2016

Dear Clerk,

I recently received your letter dated May 3, 2016 informing me of a "formal submission ON BRIEFS ONLY" set for June 8, 2016. I did not receive this letter until Tuesday May 24th. When I looked more closely I realized that the address on the clerk's response is incorrect.

Would you please correct my address to read:

**Margaret Griffith 1998464**

**742 FM 712**

**Marlin, TX 76661**

Thank you very much.

Respectfully,

*Margaret Griffith*

Margaret Griffith

Margaret Griffith 1998464
742 FM 712
Marlin, TX 76661


SAN ANTONIO TX 780
RIO GRANDE DISTRICT
31 MAY 2016 PM 3 L



FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2016 JUN -2 PM 12: 01
Keith E. Hottle
KEITH E. HOTTLE, CLERK

Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, TX 78205

78205-313000